[No. 70819-8-I.   Division One.   September 15, 2014.]

PAUL WILKINSON, *Appellant*, v. AUBURN REGIONAL MEDICAL CENTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-29262-1, Carol A. Schapira, J., entered August 9, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Trickey, JJ.

[No. 70995-0-I.   Division One.   September 15, 2014.]

*In the Matter of the Parenting and Support of* BRITTON LAWRENCE HARPER GIBSON.

MARIE-CLAIRE HARPER PAGH, *Respondent*, and WILLARD GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-00907-1, James A. Doerty, J. Pro Tem., entered October 1, 2013. *Reversed* by unpublished opinion per Lau, J., concurred in by Cox and Leach, JJ.

[Nos. 71335-3-I; 71336-1-I;   Division One.   September 15, 2014.]
    71337-0-I.

*In the Matter of the Dependency of* B.I.T. ET AL.

ROSA MARIA TORRES, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 13-7-03805-4, John P. Erlick, J., entered November 13, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.